# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PIVITAL IP LLC,**<br><br>                      Plaintiff,<br>  v.<br><br>**TWILIO INC.,**<br><br>                      Defendant. | C.A. No. 20-cv-00254-LPS<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Subject to the Court's approval, Plaintiff requests that Defendant's time to file its response to the Complaint be extended up to and including April 16, 2020. The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint and consider an appropriate response. No party will be prejudiced by this brief extension.

| | |
|---|---|
| March 4, 2020 | CHONG LAW FIRM |
| OF COUNSEL: | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (877) 796-4627<br>Email: chong@chonglawfirm.com |
| David R. Bennett<br>(Admitted *pro hac vice*)<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com | |
| | *Attorneys for Plaintiff*<br>*Pivital IP LLC* |

**SO ORDERED**, this 4th day of March, 2020.

 

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

>*/s/ Jimmy Chong*
>Jimmy Chong (#4839)