**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PIVITAL IP LLC,** | C.A. NO. _____ |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **TWILIO INC.,** | **PATENT CASE** |
| Defendant. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID R. BENNETT**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of David R. Bennett of the law firm Direction IP Law in Chicago, IL to represent Pivital IP LLC in this matter.

February 23, 2020                         CHONG LAW FIRM

                                          */s/ Jimmy Chong*
                                          Jimmy Chong (#4839)
                                          2961 Centerville Road, Suite 350
                                          Wilmington, DE 19808
                                          Telephone: (302) 999-9480
                                          Facsimile: (877) 796-4627
                                          Email: chong@chonglawfirm.com

                                          *Attorneys for Plaintiff Pivital IP LLC LLC*

1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of David R. Bennett of the law firm Direction IP Law is granted.

Dated: _____          _____
                                         United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

>*/s/ Jimmy Chong*
>Jimmy Chong