## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PIVITAL IP LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | C.A. No. 20-254-LPS |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| TWILIO INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Subject to the Court's approval, Plaintiff requests that Defendant's time to file its response to the Complaint be extended up to and including April 23, 2020. The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint and consider an appropriate response. No party will be prejudiced by this brief extension.

| CHONG LAW FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Tel: (302) 999-9480<br>chong@chonglawfirm.com | By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Tracey E. Timlin (#6469)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br>ttimlin@potteranderson.com |
| OF COUNSEL:<br><br>David R. Bennett<br>DIRECTION IP LAW<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>Tel: (312) 291-1667<br><br>*Attorneys for Plaintiff Pivital IP LLC* | OF COUNSEL:<br><br>Michael A. Oblon<br>(*pro hac vice motion to be submitted*)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20002<br>Tel: (202) 879-3939<br><br>Michael C. Hendershot<br>(*pro hac vice motion to be submitted*)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, California 94303<br>Tel: (650) 739-3939<br><br>*Attorneys for Defendant Twilio Inc.* |

April 13, 2020
6653865/50135

SO ORDERED, this ____ day of April, 2020.

_____
United States District Court Judge