# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIVITAL IP LLC, | ) |
| Plaintiff, | ) C.A. No. 20-254-LPS |
| v. | ) |
| TWILIO INC., | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Bindu A. Palapura of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19801, as Delaware counsel on behalf of Defendant Twilio Inc.

OF COUNSEL:

Michael A. Oblon
(*pro hac vice motion to be submitted*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20002
Tel: (202) 879-3939

Michael C. Hendershot
(*pro hac vice motion to be submitted*)
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Tel: (650) 739-3939

Dated: April 13, 2020
6655234 / 50135

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Tracey E. Timlin (#6469)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com
    ttimlin@potteranderson.com

*Attorneys for Defendant Twilio Inc.*