# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIVITAL IP LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 20-254-LPS |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| TWILIO INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Michael A. Oblon of JONES DAY, 51 Louisiana Avenue, N.W. Washington, D.C. 20002 and Michael C. Hendershot of JONES DAY, 1755 Embarcadero Road, Palo Alto, CA 94303 to represent Defendant Twilio Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Tracey E. Timlin (#6469)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
ttimlin@potteranderson.com

Dated: April 22, 2020
6655349 / 50135

*Attorneys for Defendant Twilio Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                             United States District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, the Commonwealth of Massachusetts and the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.


Date: April 22, 2020                    */s/ Michael A. Oblon*
                                        Michael A. Oblon
                                        JONES DAY
                                        51 Louisiana Avenue, N.W.
                                        Washington, D.C. 20002
                                        Tel: (202) 879-3939
                                        moblon@jonesday.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Date: April 22, 2020

*/s/ Michael C. Hendershot*
Michael C. Hendershot
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3939
mhendershot@jonesday.com