# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIVITAL IP LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 20-254-LPS |
| | ) |
| v. | ) |
| | ) |
| TWILIO INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT TWILIO INC.'S MOTION TO DISMISS COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, 35 U.S.C. § 101, and 35 U.S.C. § 287(a), Defendant Twilio Inc. ("Twilio") hereby moves to dismiss with prejudice Plaintiff Pivital IP LLC's Complaint (D.I. 1) for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in Twilio's Opening Brief, which is submitted herewith. Twilio also joins Defendant ActiveCampaign, LLC's motion to dismiss as it pertains to § 101 filed in a related action, D.I. 10, C.A. No. 19-cv-2176-LPS.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael A. Oblon
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20002
Tel: (202) 879-3939

Michael C. Hendershot
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Tel: (650) 739-3939

Dated: April 23, 2020
6676636 / 50135

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Tracey E. Timlin (#6469)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
ttimlin@potteranderson.com

*Attorneys for Defendant Twilio Inc.*