**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PIVITAL IP LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 20-254-LPS |
| | ) |
| v. | ) |
| | ) |
| TWILIO INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Having considered Defendant Twilio Inc.'s Motion to Dismiss Complaint;

IT IS HEREBY ORDERED this _____ day of _____, 2020 that the Motion is GRANTED, and the Complaint is dismissed with prejudice.

_____
United States District Judge

6676650