# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PIVITAL IP LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **TWILIO INC.,** <br><br> Defendant. | C.A. No. 20-254-LPS <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TWILIO INC.'S MOTION TO DISMISS COMPLAINT

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Plaintiff's time to respond to Twilio Inc.'s Motion to Dismiss Complaint and opening brief (collectively "Motion to Dismiss") (D.I. 10, 11). Twilio stipulates to this extension provided that the Court considers the Motion to Dismiss in conjunction with a Motion to Dismiss filed in a co-pending case, *Pivital IP LLC v. ActiveCampaign, LLC*, Case No. 19:cv-2176-LPS (D.Del.) (D.I. 10, 11).

Plaintiff's response to the Motion to Dismiss is currently due on May 7, 2020. Subject to the Court's approval, the parties request that Plaintiff's time to file a response to the Motion to Dismiss be extended up to and including May 28, 2020. The reason for this requested extension is to allow the Plaintiff sufficient time to address the motion to dismiss that seeks to invalidate claims in the asserted patent and dismiss the complaint, and due to issues resulting from stay-home orders. No party will be prejudiced by this extension.

May 4, 2020

| | |
|---|---|
| CHONG LAW FIRM PA | POTTER ANDERSON & CORROON LLP |
| */s/ Jimmy Chong* <br> Jimmy Chong (#4839) | */s/ Bindu A. Palapura* <br> David E. Moore (#3983) |

1

| | |
|---|---|
| 2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (877) 796-4627<br>Email: chong@chonglawfirm.com<br><br>*Of Counsel:*<br>David R. Bennett<br>(Admitted *pro hac vice*)<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com<br><br>*Attorneys for Plaintiff Pivital IP LLC* | Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Tracey E. Timlin (#6469)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br>ttimlin@potteranderson.com<br><br>OF COUNSEL:<br>Michael A. Oblon<br>(Admitted *pro hac vice*)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20002<br>Tel: (202) 879-3939<br>Michael C. Hendershot<br>(Admitted *pro hac vice*)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, California 94303<br>Tel: (650) 739-3939<br><br>*Attorneys for Defendant Twilio Inc.* |

**SO ORDERED**, this _____ day of May, 2020.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
