# Exhibit C



PATENTS

2134

5/A

**Certificate of Mailing**

I hereby certify that this document is being mailed via first class mail to: The Commissioner of Patents, Washington DC, 20231 on the below listed date.

Date of Mailing: March 19, 2003

By: _____
Jeanette L. Taplin

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | |
|---|---|---|
| Applicants: | W.J. Beyda et al. | Attorney Docket No.: 99P7537US |
| Application No.: | 09/282,479 | Group Art Unit: 2134 |
| Filed: | March 31, 1999 | Examiner: C.J. Brown |
| Title: | APPARATUS AND METHOD FOR EMBEDDING COMMENTS IN MULTIMEDIA MESSAGES | |

<u>AMENDMENT AND RESPONSE</u>

<u>TO THE COMMISSIONER FOR PATENTS:</u>

In response to the Office Action dated December 20, 2002, in the above-identified patent application, please amend the application as follows:

<u>In the Title:</u>

Please delete the current title and substitute the following title therefor: EMBEDDING RECIPIENT SPECIFIC COMMENTS IN ELECTRONIC MESSAGES USING ENCRYPTION.

RECEIVED
MAR 2 5 2003
Technology Center 2100

SIBC\99P7537.AMD

A

In the Claims:

Please cancel Claims 1-20 and add new Claims 21-32 as shown below:

21. (New) A method of sending messages in an electronic messaging system, comprising:

    creating an electronic message with a common message portion that is to be delivered to a number of recipients;

    creating a comment to said common message portion in said electronic message, wherein said comment can be received only by a selected subset of said number of recipients;

    determining said number of recipients and said selected subset by creating a first address list that specifies said number of recipients and creating a second address list that specifies said selected subset;

    delivering said common message portion and said comment to said number of recipients by:

        encrypting said comment;

        transmitting said common message portion and said encrypted comment to said number of recipients; and

        determining whether a particular recipient is allowed to decode said encrypted comment by transmitting an icon or instruction with said common message portion and said encrypted comment and determining if said particular recipient has selected the icon or performed the instruction and if so,

determining if said particular recipient is on said second address list of said number of recipients selected to review said comment.

22. (New) The method of claim 21, further comprising:

prompting the particular recipient for a password of security code prior to decoding said encrypted comment for the particular recipient.

23. (New) The method of claim 21, wherein the icon or instruction is transmitted by transmitting an applet or mini-program with said common message portion and said encrypted comment.

24. (New) The method of claim 21, wherein the electronic messaging system is an e-mail server coupled to user stations comprising computers.

25. (New) The method of claim 21, wherein the electronic messaging system is a multimedia messaging system.

26. (New) A system for delivering electronic messages to one or more recipients, comprising:

a plurality of user stations at which a user enters and receives electronic messages, wherein one of said plurality of users creates an electronic message with a common message portion that is to be delivered to recipients at a number of said user stations and also creates a comment to said common message portion of said electronic message, wherein said comment can be reviewed only by selected recipients at a selected subset of said number of said user stations;

a message processor coupled to the plurality of user stations, the message processor being programmed to:

encrypt said comment;

transmit said common message portion without said comment to a list of recipients on a first address list and transmit said common message portion with said encrypted comment to selected recipients on a second address list;

determine whether a particular recipient is allowed to decode said encrypted comment by:

transmitting an icon or instruction with said common message portion and said encrypted comment; and

determining if said particular recipient has selected the icon or performed the instruction and if so, determining if said particular recipient is on said second address list of said selected recipients to review said comment.

7. [27.] (New) The system of claim 6 [26], wherein said message processor prompts the particular recipient for a password or security code prior to decoding said encrypted comment for the particular recipient.

8. [28.] (New) The system of claim 6 [26], wherein the message processor transmits said icon or instruction by transmitting an applet or mini program with said common message portion and said encrypted comment.

-4-

SIBC\99P7537.AMD

29. (New) The system of claim 26, wherein the message processor is an e-mail server coupled to user stations comprising computers.

30. (New) The system of claim 26, wherein the message processor is a multimedia messaging system.

31. (New) A system for sending messages in an e-mail messaging system, comprising:

a plurality of user stations at which a user enters and receives electronic messages, wherein said messages include a common message portion that is to be delivered to recipients at a number of said user stations and a comment that is to be received by a selected subset of recipients;

a message processor coupled to the plurality of user stations, the message processor being programmed to:

transmit said common message portion without said comment to said recipients and transmit an encrypted comment along with an icon or instruction to said selected subset of recipients; and

determine whether a particular recipient has selected the icon ~~has selected the icon~~ or performed the instruction and if so to decode the encrypted comment for review by the particular recipient.

32. (New) The system of claim 31, wherein the message processor is programmed to prompt the particular user for a password or security code upon selecting the icon or performing the instruction.

The present amendment request for reconsideration is filed in response to the Office Action mailed December 20, 2002.

The title has been amended to conform to the Examiner's suggestion.

Claims 21-32 remain pending in the application.

In the Office Action, Claims 4-6 and 14-16 were indicated as being allowable if rewritten in independent form, including the limitations of any claims from which they depend. Applicants have added new Claims 21-30, corresponding to Claims 4-6 and 14-16. It is believed that these forms are in condition for allowance.

Claims 1-3, 7-13, and 17-20 were rejected as being either anticipated by or obvious in view of U.S. Patent No. 6,192,396, to Kohler. Without addressing the merits of the rejection, applicants have canceled these claims in favor of the newly submitted claims, thereby rendering the rejection moot. Applicants reserve the right to pursue the subject matter of Claims 1-20 in a continuation case.

New Claims 31-32 are believed to be allowable because the prior art cited by the Examiner fails to teach or suggest a system having the claimed combination of features, including a message processor that transmits an icon or instruction along with an encrypted comment to a subset of users and determines whether a user has selected the icon or performed the instruction to decode the encrypted comment. Therefore, applicants believe that these claims are also allowable.

SIBC\99P7537.AMD

-6-

A

CONCLUSION:

In light of the above, it is submitted that all claims are in condition for allowance. It is therefore requested that the Examiner withdraw the rejections and pass this case to issue. Should the Examiner have any additional questions regarding the application, the Examiner is invited to call the applicants' attorney at the number listed below.

Date: 19 March 2003

Respectfully requested,

By: *[signature]*
David D. Chung
Registration No. 38,409
Attorney for Applicants
Tel:  650-694-5339
Fax: 650-968-4517

SIEMENS CORPORATION
Intellectual Property Department
170 Wood Avenue South
Iselin, New Jersey  08830
ATTENTION: Elsa Keller, IP Department
Telephone: (732) 321-3026

SIBC\99P7537.AMD

-7-

## VERSION WITH MARKINGS TO SHOW CHANGES MADE

In the Title:

The current title has been deleted and the following title substituted therefor: EMBEDDING RECIPIENT SPECIFIC COMMENTS IN ELECTRONIC MESSAGES USING ENCRYPTION.

In the Claims:

Claims 1-20 have been canceled.

Claims 21-32 have been added.



-8-

SIBC\99P7537.AMD