# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIVITAL IP LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 20-254-LPS |
| | ) |
| v. | ) |
| | ) |
| TWILIO INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Pivital IP LLC and Defendant Twilio Inc. ("Defendant"), subject to the approval of the Court, that Defendant's time to file its Reply Brief in Support of its Motion to Dismiss (D.I. 10) in this action shall be extended to June 12, 2020.

| | |
|---|---|
| CHONG LAW FIRM, P.A. | POTTER ANDERSON & CORROON LLP |
| By: */s/ Jimmy Chong*<br>    Jimmy Chong (#4839)<br>    2961 Centerville Road, Suite 350<br>    Wilmington, DE 19808<br>    Tel: (302) 999-9480<br>    chong@chonglawfirm.com | By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Tracey E. Timlin (#6469)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br>    ttimlin@potteranderson.com |
| OF COUNSEL:<br><br>David R. Bennett<br>DIRECTION IP LAW<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>Tel: (312) 291-1667<br><br>*Attorneys for Plaintiff Pivital IP LLC* | OF COUNSEL:<br><br>Michael A. Oblon<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20002<br>Tel: (202) 879-3939<br><br>Michael C. Hendershot<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, California 94303<br>Tel: (650) 739-3939<br><br>*Attorneys for Defendant Twilio Inc.* |
| June 2, 2020<br>6747457/50135 | |

IT IS SO ORDERED this ___ day of _____, 2020.

_____
                    U.S.D.J.