# THE CHONG LAW FIRM, P.A.

Licensed in: Delaware, New Jersey, Pennsylvania

July 9, 2020

The Honorable Leonard P. Stark
The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:    *Pivital IP LLC v. ActiveCampaign*, C.A. No. 19-2176-LPS
            *Pivital IP LLC v. Twilio Inc.*, C.A. No. 20-254-LPS

Dear Judge Stark and Judge Hall:

This letter is submitted pursuant to the Court's Order in the above cases requesting information regarding the July 14, 2020, teleconference hearing on Defendants' Motions to Dismiss.

The persons appearing on behalf of Pivital IP LLC are Stamatios Stamoulis, Jimmy Chong, and David Bennett. Mr. Bennett will be arguing on behalf of Pivital IP LLC.

Pivital IP requests a total of 25 minutes to address the issues in the motions to dismiss: 15 minutes to address the collective motions to dismiss under 35 U.S.C. §101, 5 minutes to address ActiveCampaign's motion to dismiss of no direct infringement, and 5 minutes to address Twilio's motion to dismiss on no pre-suit damages.

                                      Respectfully Submitted,

                                      CHONG LAW FIRM, P.A.

                                      */s/ Jimmy Chong*
                                      Jimmy Chong (#4839)
                                      2961 Centerville Road, Suite 350
                                      Wilmington, DE 19808
                                      Telephone: (302) 999-9480
                                      Facsimile: (877) 796-4627
                                      Email: chong@chonglawfirm.com

| **WILMINGTON, DE** | **LANSDALE, PA** | **PHILADELPHIA, PA** |
|---|---|---|
| **Delaware Mailing Address** | **Pennsylvania Mailing Address** | **No Mail** |
| 2961 Centerville Rd. Ste 350 | 100 W. Main St. Ste 420 | 1845 Walnut Street, Suite 1300 |
| Wilmington, DE 19808 | Lansdale, PA 19446 | Philadelphia, PA 19103 |
| T. 302-999-9480 | T. 215-909-5204 | T. 215-909-5204 |

FAX FOR ALL LOCATIONS: 877-796-4627

WWW.CHONGLAWFIRM.COM

OF COUNSEL:
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff Pivital IP LLC*