# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIVITAL IP LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 20-254-LPS |
| | ) |
| v. | ) |
| | ) |
| TWILIO INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT TWILIO, INC.'S NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to District of Delaware Civil Local Rule 7.1.2(b), Defendant Twilio, Inc. submits the attached opinion from *Dropbox, Inc. et al. v. Synchronoss Technologies, Inc.*, United States Court of Appeals for the Federal Circuit, Nos. 2019-1765, 2019-1767, 2019-1823, dated June 19, 2020 (Ex. A), as subsequent authority in support of its Motion to Dismiss (D.I. 10). This non-precedential opinion addresses issues under 35 U.S.C. § 101 that are similar to those present in this case.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael A. Oblon
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20002
Tel: (202) 879-3939

Michael C. Hendershot
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Tel: (650) 739-3939

Dated: July 9, 2020
6791353 / 50135

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Tracey E. Timlin (#6469)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
ttimlin@potteranderson.com

*Attorneys for Defendant Twilio Inc.*