

**VIA CM/ECF**

July 9, 2020

The Honorable Leonard P. Stark
The Honorable Jennifer L. Hall
U.S. District Court for the District of Delaware
844 North King Street, Room 6325, Unit 26
Wilmington, DE 19801-3555

      **Re:** **Pivital IP LLC v. ActiveCampaign, C.A. No. 19-2176-LPS**
           **Pivital IP LLC v. Twilio Inc., C.A. No. 20-254-LPS**

Dear Judge Stark and Judge Hall:

This letter is submitted pursuant to the Court's Order in the above cases requesting information regarding the July 14, 2020, teleconference hearing on Defendants' Motions to Dismiss.

The persons appearing on behalf of Pivital IP LLC are Stamatios Stamoulis, Jimmy Chong, and David Bennett.  Mr. Bennett will be arguing on behalf of Pivital IP LLC.

Pivital IP requests a total of 25 minutes to address the issues in the motions to dismiss: 15 minutes to address the collective motions to dismiss under 35 U.S.C. §101, 5 minutes to address ActiveCampaign's motion to dismiss of no direct infringement, and  5 minutes to address Twilio's motion to dismiss on no pre-suit damages.

           Respectfully Submitted,

           Stamatios Stamoulis (#4606)
           of Stamoulis & Weinblatt LLC

cc: All Counsel of Record (via CM/ECF)