

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092  Direct Phone
302 658-1192  Fax

July 9, 2020

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
The Honorable Jennifer L. Hall
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:     *Pivital IP LLC v. Twilio Inc.*, C.A. No. 20-254-LPS

Dear Chief Judge Stark and Magistrate Judge Hall:

     Defendant Twilio ("Twilio") submits this letter pursuant to the Court's Oral Order dated July 8, 2020 (D.I. 21).  Michael Hendershot and Michael Oblon of Jones Day and Bindu Palapura of Potter Anderson & Corroon LLP will be appearing at the July 14 teleconference, and Mr. Hendershot will be arguing for Twilio.  Robert McHenry, Chief Litigation Counsel for Twilio, Eugene Kim, Lead IP Counsel for Twilio, and Jennifer Hartjes of Jones Day also will be in attendance.

     We respectfully request 20 minutes for presenting argument on Twilio's Motion to Dismiss.

                                   Respectfully,

                                   */s/ Bindu A. Palapura*

                                   Bindu A. Palapura

BAP:nmt/6789557/50135

cc:     Counsel of Record (via electronic mail)