# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PIVITAL IP LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **TWILIO INC.,** <br><br> Defendant. | C.A. No. 20-cv-00254-LPS <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In view of the Court's order granting Defendant Twilio Inc.'s Rule 12 motion, the parties, Pivital IP LLC and Twilio Inc., by their counsel, hereby enter into this stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by which the parties stipulate to dismiss the case with prejudice, with all attorneys' fees, costs, and expenses to be borne by the party that incurred them.

August 7, 2020

CHONG LAW FIRM

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

OF COUNSEL:

David R. Bennett
(Admitted *pro hac vice*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

POTTER ANDERSON & CORROON LLP

*/s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Tracey E. Timlin (#6469)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
ttimlin@potteranderson.com

OF COUNSEL:
Michael A. Oblon
JONES DAY

*Attorneys for Plaintiff*  
*Pivital IP LLC*

51 Louisiana Avenue, N.W.
Washington, D.C. 20002
Tel: (202) 879-3939

Michael C. Hendershot
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Tel: (650) 739-3939

*Attorneys for Defendant Twilio Inc.*

**SO ORDERED**, this _____ day of August, 2020.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

></br>*/s/ Jimmy Chong*  
Jimmy Chong (#4839)